# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 3627 | **DATE** | June 26, 2008 |
| **CASE TITLE** | Papst Licensing GmbH & Co. KG v. Eastman Kodak Company | | |

**DOCKET ENTRY TEXT:**

This case is set for status 9/9/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|