# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08cv3627 | **DATE** | July 21, 2008 |
| **CASE TITLE** | Papst Licensing v. Eastman Kodak | | |

**DOCKET ENTRY TEXT:**

Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead [14, 15] is granted. Defendant to answer or plead by August 18, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|