# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **PAPST LICENSING GmbH & Co. KG,** | |
| Plaintiff, | Civil Action No. 1:08-CV-03627 |
| v. | Judge John W. Darrah |
| **EASTMAN KODAK COMPANY,** | |
| Defendant. | |

## KODAK'S MOTION TO TRANSFER VENUE

Defendant Eastman Kodak Company ("Kodak") hereby requests, pursuant to 28 U.S.C. § 1404, an order transferring this action to the United States District Court for the Western District of New York.

Plaintiff Papst Licensing GmbH & Co. KG ("Papst") is a licensing company existing under the laws of The Federal Republic of Germany, having its principal place of business in Germany. Kodak has its United States headquarters and principal place of business in Rochester, New York. The parties have neither witnesses nor documents located in Illinois.

On July 22, 2008, the U.S. Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order transferring this matter to the District Court for the District of Columbia, which will conduct all consolidated pretrial proceedings. This matter "shall be remanded by the Panel to the transferor district [N.D. Illinois] for trial." J.P.M.L. Rule 7.6.

For the reasons set forth in its Memorandum in Support of Kodak's Motion to Transfer Venue, Kodak requests that, after remand, this matter be transferred to the Western District of New York.

| | |
|---|---|
| Dated: July 31, 2008 | Respectfully submitted, |
| | |
| | s/ John A. Marlott |
| | John A. Marlott (06230613) |
| | jamarlott@jonesday.com |
| | JONES DAY |
| | 77 West Wacker |
| | Chicago, IL 60601-1692 |
| | Telephone: (312) 782-3939 |
| | Facsimile: (312) 782-8585 |

*Of Counsel:*

James L. Wamsley, III
jlwamsleyiii@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Mark V. Campagna
mcampagna@jonesday.com
JONES DAY
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 581-8978
Facsimile: (404) 581-8330

**Attorneys for Defendant,
Eastman Kodak Company**

## CERTIFICATE OF SERVICE

I, John A. Marlott, an attorney, hereby certify that I caused a true and correct copy of the foregoing **KODAK'S MOTION TO TRANSFER VENUE** to be served on July 31, 2008 by ECF upon:

*Counsel for PAPST LICENSING GmbH & Co. KG*

Jerold B. Schnayer, Esq.
James P. White, Esq.
John L. Ambrogi, Esq.
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Telephone: (312) 655-1500

s/ John A. Marlott
John A. Marlott