**FILED**

**AUGUST 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 2 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG − 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

MDL No. 1880

(SEE ATTACHED SCHEDULE)

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

Deputy Clerk

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On November 5, 2007, the Panel transferred three civil actions to the United States District Court for the District of District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1357 (J.P.M.L. 2007). Since that time, three additional actions have been transferred to the District of District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable Rosemary M. Collyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of District of Columbia and assigned to Judge Collyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of District of Columbia for the reasons stated in the order of November 5, 2007, and, with the consent of that court, assigned to the Honorable Rosemary M. Collyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of District of Columbia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

MDL No. 1880

## SCHEDULE CTO-5 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ILLINOIS NORTHERN | |
| ILN  1  08-3608 | Papst Licensing GmbH & Co. KG v. Sanyo Electric Co., Ltd., et al. |
| ILN  1  08-3609 | Papst Licensing GmbH & Co. KG v. Canon, Inc., et al. |
| ILN  1  08-3627 | Papst Licensing GmbH & Co. KG v. Eastman Kodak Co. |

IN RE: PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

MDL No. 1880

## INVOLVED COUNSEL LIST (CTO-5)

J. Kevin Fee
MORGAN LEWIS & BOCKIUS
1111Pennsylvania Avenue, N.W.
Washington, DC 20004

Patrick J. Kelleher
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive
#3700
Chicago, IL 60606-1698

Steven J. Routh
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

James Patrick White
WELSH & KATZ LTD
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067