

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    CLERK

August 13, 2008

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    RE:    *Papst Licensing GmbH & Co. KG v. Eastman Kodak Company*
            Case No: 1:08-cv-03627

Dear Clerk:

Pursuant to the transfer order entered by US Judicial Panel on Multidistrict Litigation on July 22, 2008, the above record was electronically transmitted to the the U. S. District Court for the District of Columbia.

            Sincerely yours,

            Michael W. Dobbins, Clerk

            By:    /s/Tiana Davis
                   Deputy Clerk

Enclosure

New Case No. _____    Date _____

cc: James Patrick White , counsel for Papst Licensing GmbH & Co. KG
    Jerold B. Schnayer , counsel for Papst Licensing GmbH & Co. KG.
    John L. Ambrogi , counsel for Papst Licensing GmbH & Co. KG.
    John A. Marlott, counsel for Eastman Kodak Company