# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08–cv–03627

| | |
|---|---|
| Papst Licensing GmbH &Co. KG v. Eastman Kodak Company | Date Filed: 06/25/2008 |
| Assigned to: Honorable John W. Darrah | Date Terminated: 08/11/2008 |
| Cause: 35:145 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Papst Licensing GmbH &Co. KG**     represented by     **James Patrick White**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Email: jpwhite@welshkatz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerold B. Schnayer**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Email: jbschnayer@welshkatz.com
*ATTORNEY TO BE NOTICED*

**John L. Ambrogi**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Fax: (312) 655–1501
Email: jambrogi@welshkatz.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eastman Kodak Company**     represented by     **John A. Marlott**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601–1692
(312)782–3939
Email: jamarlott@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2008 | Ï 1 | COMPLAINT filed by Papst Licensing GmbH &Co. KG; Jury Demand. Filing fee $ 350. (td, ) (Entered: 06/26/2008) |
| 06/25/2008 | Ï 2 | CIVIL Cover Sheet. (td, ) (Entered: 06/26/2008) |
| 06/25/2008 | Ï 3 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by Jerold B. Schnayer. (td, ) (Entered: 06/26/2008) |
| 06/25/2008 | Ï 4 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by John L. Ambrogi. (td, ) (Entered: 06/26/2008) |
| 06/25/2008 | Ï 5 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by James Patrick White. (td, ) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 8 | MINUTE entry before the Honorable John W. Darrah: This case is set for status 9/9/08 at 9:00 a.m. Mailed notice (td, ) (Entered: 06/27/2008) |
| 06/26/2008 | Ï 9 | SUMMONS Issued as to Defendant Eastman Kodak Company. (td, ) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 10 | Local Rule 3.4 Notice of Claims Involving Patents by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 11 | Rule 7.1 Corporate Disclosure by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 06/27/2008) |
| 07/15/2008 | Ï 12 | AFFIDAVIT of Service filed by Plaintiff Papst Licensing GmbH &Co. KG regarding Summons and Complaint served on Eastman Kodak Company on June 27, 2008 (Katz, Michele) (Entered: 07/15/2008) |
| 07/17/2008 | Ï 13 | ATTORNEY Appearance for Defendant Eastman Kodak Company by John A. Marlott (Marlott, John) (Entered: 07/17/2008) |
| 07/17/2008 | Ï 14 | MOTION by Defendant Eastman Kodak Company for extension of time to file answer regarding complaint 1 *or otherwise plead in response to complaint* (Marlott, John) (Entered: 07/17/2008) |
| 07/17/2008 | Ï 15 | NOTICE of Motion by John A. Marlott for presentment of motion for extension of time to file answer, motion for relief 14 before Honorable John W. Darrah on 8/19/2008 at 09:00 AM. (Marlott, John) (Entered: 07/17/2008) |
| 07/21/2008 | Ï 16 | MINUTE entry before the Honorable John W. Darrah: Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead [14, 15] is granted. Defendant to answer or plead by August 18, 2008. Mailed notice (td, ) (Entered: 07/22/2008) |
| 07/29/2008 | Ï 17 | Notice of Conditional Transfer Order by Papst Licensing GmbH &Co. KG (Attachments: # 1 Exhibit Exhibit A and B)(Ambrogi, John) (Entered: 07/29/2008) |
| 07/31/2008 | Ï 18 | MOTION by Defendant Eastman Kodak Company to transfer case (Marlott, John) (Entered: 07/31/2008) |
| 07/31/2008 | Ï 19 | Memorandum in Support of Kodak's Motion to Transfer Venue by Eastman Kodak Company (Attachments: # 1 Declaration Declaration of Mark V. Campagna, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D)(Marlott, John) (Entered: 07/31/2008) |

| | | |
|---|---|---|
| 07/31/2008 | 20 | NOTICE of Motion by John A. Marlott for presentment of motion to transfer case 18 before Honorable John W. Darrah on 8/19/2008 at 09:00 AM. (Marlott, John) (Entered: 07/31/2008) |
| 08/11/2008 | 21 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to the U. S. District Court for the District of Columbia. Mailed notice (td, ) (Entered: 08/13/2008) |
| 08/13/2008 | 22 | TRANSFERRED to the USDC for the District of Columbia the electronic record and docket sheet via electronic transfer. (td, ) (Entered: 08/13/2008) |